KATHRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually and as Executor, etc., of MADISON GRANT, Deceased, etc., and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals denied without prejudice to an application for leave to appeal to the Court of Appeals pursuant to section 590 of the Civil Practice Act after the entry of final judgment. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

KATHRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually, etc., DAVID ARTHUR GRANT THESIGER and Others, and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals denied without prejudice to an application for leave to appeal to the Court of Appeals pursuant to section 590 of the Civil Practice Act after the entry of final judgment. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

### (May 19, 1941.)

WILLIAM H. SILK, Appellant, v. THE BOWERY SAVINGS BANK and Others, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motions to strike out denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

### (May 23, 1941.)

MARJORIE MILLER, as Administratrix, etc., of HILDA MILLER, Deceased, and MARJORIE MILLER, Appellants, v. ALL-BOROUGH TRANSPORTATION CORP. and ALFRED W. LANDI, Defendants, Impleaded with UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

JOHN GALLAGHER and Others, Appellants, v. THE CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE FIFTH AVENUE BANK OF NEW YORK, as Surviving Trustee of the Trust Created under Paragraph Sixteenth of the Last Will and Testament of FRANCES E. WOODBURY, Deceased, for the Benefit of MARTHA E. WOODBURY, and Remaindermen Thereafter, and for a Construction of Said Paragraph Sixteenth of Said Last Will and Testament. JANET HOLDEN, Appellant; THE FIFTH AVENUE BANK OF NEW YORK, Petitioner, Respondent; UNITED STATES TRUST COMPANY OF NEW YORK and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

DAVID STONEMAN, Appellant, v. SAM KATZ and Others, Defendants, Impleaded with SAM DEMBOW, JR., Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HERMAN HAUSSMANN and Another, etc., Suing on Behalf of Themselves, etc., Appellants, v. THE COLONIAL TRUST COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.